# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BRUCE JONES**                                                                                     **PLAINTIFF**

V.                                    **CASE NO. 3:14CV00270-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Plaintiff Bruce Jones's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 14th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE